FILED
CLERK, U.S. DISTRICT COURT

03/07/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>Jesus Quintero,<br><br>        Defendant. | Case No.: 5:19-CR-00305-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

        (×)    information in the Pretrial Services Report and Recommendation

        (×)    information in the violation petition and report(s)

        ( )    the defendant's nonobjection to detention at this time

        (×)    other: __no bail resources; substance abuse; prior revocation history__

1

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following: |

      (×)    information in the Pretrial Services Report and Recommendation

      (×)    information in the violation petition and report(s)

      ( )    the defendant's nonobjection to detention at this time

      (×)    other: substance abuse; prior revocation history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/07/2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE